AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

| Eastern | DISTRICT OF | New York |
|---|---|---|

## APPEARANCE

Case Number:  10 MJ 00535

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    Sandra Rodriguez

    I certify that I am admitted to practice in this court.

| 5/28/2010 | | |
|---|---|---|
| Date | | |

| Signature | | |
|---|---|---|
| Samuel Gregory | | 2001774 |
| Print Name | | Bar Number |
| 45 Main St, Suite 820 | | |
| Address | | |
| Brooklyn | NY | 11201 |
| City | State | Zip Code |
| (718) 222-2992 | | (718) 222-2889 |
| Phone Number | | Fax Number |