AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| United States | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 10-CR-463 |
| Sandra Manuela Rodriguez | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States.

Date: 06/22/2010

/s/
*Attorney's signature*

Una A. Dean #4304317
*Printed name and bar number*

271 Cadman Plaza East
Brooklyn, NY 11201
*Address*

una.dean@usdoj.gov
*E-mail address*

(718) 254-6473
*Telephone number*

(718) 254-6076
*FAX number*